UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| THE ESTATE OF DAVID DICKEY ) | |
| MARTHA DAVIS, ADMINISTRATOR, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-CV-297 |
| ) | Phillips |
| ROANE COUNTY, TENNESSEE, et al., ) | |
|     Defendants. ) | |

## ORDER

This matter is before the court on the motion to dismiss filed by defendants Mike Farmer, Timothy Phillips and Sheriff Jack Stockton [Doc. 2]. Plaintiff has filed a response in which she concedes that leaving these defendants as parties in the lawsuit would be duplicative, as Roane County, Tennessee is also a defendant. Accordingly, the defendants' motion to dismiss is hereby **GRANTED;** and Mike Farmer, Timothy Phillips and Sheriff Jack Stockton are **DISMISSED as defendants in this case.**

    **IT IS SO ORDERED**.

                              **ENTER:**

                                        s/ Thomas W. Phillips
                                  United States District Judge